UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold Edward COLEMAN,
Defendant–Appellant.

No. 15–6673.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Harold Edward Coleman, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Edward Coleman appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Coleman,* No. 6:13–cr–00010–NKM–5 (W.D.Va. Apr. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*